UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Ruben Faraon Monriquez-Navarro

Defendant(s)

CRIMINAL NO. 08CR1554-LAB

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08389298

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Rodriguez-Villa

DATED: 6-18-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by G Perrault
**Deputy Clerk**

**G. PERRAULT**

MAT WIT NOT NAMED IN COMPLAINT NOR THE INDICTMENT



☆ U.S. GPO: 2003-581-774/70082